JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN WADE,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES COURT OF THE 9TH DISTRICT,<br><br>        Respondent. | Case No. CV 25-2609-MWF (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Dismissing Habeas Petition for Failure to Follow Court Order and Failure to Prosecute,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice and Judgment be entered in Respondent's favor.

DATED: May 6, 2025

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE